**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| East West, LLC (dba Caribbean Crescent), a Virginia Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> Shah Rahman, a Virginia resident, <br><br> and <br><br> Caribbean Crescent, Inc., a Virginia Corporation, <br><br> Defendants. <br> ——————————————————— <br> Caribbean Crescent, Inc., a Virginia Corporation, Counterclaimant, <br><br> Counterclaimaint and Third-Party Plaintiff, <br><br> v. <br><br> East West, LLC (dba Caribbean Crescent), a Virginia Limited Liability Company, <br><br> Counterdefendant, <br><br> Naeem Zai, a Virginia resident, <br><br> and <br><br> Mohammed Sadiq, a Virginia resident, <br><br> Third-Party Defendants. | Civil Action No. 1:11-cv-1380 (JCC/TCB) |

**DEFENDANTS' MOTION TO SEAL EXHIBITS TO DECLARATION KATIE BUKRINSKY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT MICHAEL A. EINHORN, Ph. D.**

Defendants Shah Rahman ("Rahman") and Caribbean Crescent, Inc. ("CCI") (collectively, "Defendants") respectfully move the Court for an Order pursuant to Local Civil Rule 5(D), providing that three exhibits attached to the Declaration of Katie Bukrinsky in Support of Defendants' Motion to Exclude Testimony of Plaintiff's Damages Expert Michael A. Einhorn, Ph. D., be sealed on the basis that they contain both parties' confidential trade secret information. The exhibits at issue, Exs. A, C, and E, are expert reports that contain the parties' highly sensitive financial data, among other non-public, competitively sensitive information. Accordingly, the entire report in each case was designated "attorney's eyes only" pursuant to the Discovery Confidentiality Order (Dkt. No. 37).

Grounds for the requested relief are set forth in the non-confidential memorandum of law being filed contemporaneously herewith in support of this Motion to Seal.

Dated: August 1, 2012

/s/
Mark H. Churchill (VSB #42663)
John J. Dabney (*pro hac vice*)
Katie Bukrinsky (VSB # 76549)
Mary D. Hallerman (VSB # 80430)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087
Email: mchurchill@mwe.com
          jdabney@mwe.com
          kbukrinsky@mwe.com
          mhallerman@mwe.com

*Attorneys for Defendants and Counterclaimant/Third-Party Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Steven War
>McNeely & Hare LLP
>5335 Wisconsin Ave NW
>Suite 440
>Washington, DC 20015
>(202) 536-5877
>steve@miplaw.com
>
>James G. Smalley
>Cyron & Miller, LLP
>100 N. Pitt Street, Suite 200
>Alexandria, Virginia 22314-3134
>(703) 299-0600
>jsmalley@cyronmiller.com

>    /s/
>Mark H. Churchill (VSB #42663)
>McDermott Will & Emery LLP
>600 Thirteenth Street, NW
>Washington, DC  20005-3096
>Telephone: 202.756.8000
>Facsimile:  202.756.8087
>Email: mchurchill@mwe.com
>
>*Attorneys for Defendants and*
>*Counterclaimant/Third-Party Plaintiff*